ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABRAHAM A. HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. CV 10-03071 AG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed without prejudice for the reasons set forth in the accompanying memorandum and order.

Dated: May 4, 2010

                                          ANDREW GUILFORD
                                    UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY